# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GRACE ALBANESE, )
                      Plaintiff, ) Case No.: 2:17-cv-01087-GMN-GWF
   vs. )
                                ) **ORDER**
LAS VEGAS METROPOLITAN POLICE )
DEPARTMENT, )
                      Defendant. )

Pending before the Court is the Report and Recommendation of United States Magistrate Judge George W. Foley, (ECF No. 43), which recommends that this case should be dismissed and that the Clerk of Court should close the case. (Report and Recommendation ("R.&R.") 7:18–21).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); L.R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, the Report and Recommendation was entered on January 17, 2018, and the objection deadline was January 31, 2018. (ECF No. 43). Although Plaintiff Grace Albanese

1  ("Plaintiff") filed a multitude of letters to the Court before the deadline, the letters do not
2  address the Report and Recommendation, and Plaintiff has failed to file any objection. *See* L.R.
3  IB 3-2.
4      Accordingly,
5      **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 43), is
6  **ADOPTED** in full.
7      **IT IS FURTHER ORDERED** that Plaintiff's Complaint, (ECF No. 1-1), is
8  **DISMISSED**.
9      The Clerk of Court is instructed to enter judgment accordingly and close the case.

    **DATED** this __6__ day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court